IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CAROLYN BURTON and GERRY, BURTON,** ) ) ) )<br>Plaintiffs, ) ) )<br>-vs- ) ) )<br>**MARRIOTT INTERNATIONAL, INC.,** ) ) ) )<br>Defendant. ) | Case No. 09 CV 1100<br><br>Judge: James B. Zagel<br><br>Magistrate: Jeffrey Cole |

## NOTICE OF FILING

TO:  Joseph A. Power, Jr.                                  Lee C. Christie
     Power, Rogers & Smith, PC                             Cline, Farrell, Christie Lee &
     70 W. Madison Street                                  Caress
     Suite 5500                                            951 N. Delaware
     Chicago, Illinois 60602                               Indianapolis, Indiana 46202

Please take notice that on the **17th** day of **March, 2010**, Defendant, **Marriott International, Inc.,** filed with the United States District Court for the Northern District of Illinois, Eastern Division, its **Third Party Complaint,** a copy of which will or have been served upon you via First Class Mail and/or electronically via the Court's Electronic Case Filing System.

JOHNSON & BELL, LTD.

By:  /s/Robert M. Burke
     One of the Attorneys for the Defendants,
     Marriott International, Inc.

Robert M. Burke (6187403)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770

## PROOF OF SERVICE

The undersigned a non-attorney, on oath, states he caused the above-listed documents to be served upon the above-named attorneys at their respective addresses on March 17, 2010, via First Class Mail and/or Electronic Case Filing.

/s/Lisa A. Morrison
[x]  Under penalties as provided by law pursuant to ILL. REV. STAT. CHAP. 110 '1-109, I certify that the statements set forth herein are true and correct.