## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                   Case Number: 1:09-CV-1100

CAROLYN BURTON and GERRY BURTON
v.
MARRIOTT INTERNATIONAL, INC.
v.
FORBES INDUSTRIES, INC., and WINSFORD CORP

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Third-Party Defendant, WINSFORD CORPORATION d/b/a FORBES INDUSTRIES

| | |
|---|---|
| NAME (Type or print) <br> Robert J. Kopka | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert J. Kopka | |
| FIRM <br> KOPKA, PINKUS, DOLIN & EADS, L.L.C. | |
| STREET ADDRESS <br> 100 Lexington Drive, Suite 100 | |
| CITY/STATE/ZIP <br> Buffalo Grove, Illinois | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6183276 | TELEPHONE NUMBER <br> (847) 549-9611 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |