**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CAROLYN BURTON and GERRY BURTON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Court No. 1:09-CV-1100 |
| | ) | |
| MARRIOTT INTERNATIONAL, INC. | ) | |
| | ) | |
| | ) | |
| MARRIOTT INTERNATIONAL, INC. | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FORBES INDUSTRIES, INC., and WINSFORD | ) | |
| CORPORATION d/b/a FORBES INDUSTRIES | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| | ) | |

**THIRD-PARTY DEFENDANT WINSFORD CORPORATION d/b/a FORBES INDUSTRIES'S ANSWER TO COUNT IV OF MARRIOTT INTERNATIONAL, INC.'S THIRD-PARTY COMPLAINT**

Now comes Third-Party Defendant, WINSFORD CORPORATION d/b/a FORBES INDUSTRIES, (herein after referred to as "Winsford"), by and through its attorneys, Robert J. Kopka, KOPKA, PINKUS, DOLIN & EADS, L.L.C., and for its Answer to Count IV of the Third-Party Complaint filed by Third-Plaintiff, MARRIOTT INTERNATIONAL, INC. states as follows:

**JURISDICTION AND VENUE**

1.   Winsford lacks sufficient information to form a belief as to the truth or falsity of this information and therefore neither admits or denies same, but demands strict proof thereof.

2.    Winsford lacks sufficient information to form a belief as to the truth or falsity of this information and therefore neither admits or denies same, but demands strict proof thereof.

3.    Winsford admits only that the Third-Party Plaintiff alleges jurisdiction pursuant to the cited statute.

4.    Winsford admits only that the Third-Party Plaintiff alleges jurisdiction pursuant to the cited statute.

## ALLEGATIONS TO ALL COUNTS

5.    Winsford admits that Plaintiff initiated the above-captioned lawsuit by filing a Complaint at Law on or about January 23, 2009.

6.    Winsford admits that the above-captioned action was removed to this Honorable Count on or about February 20, 2009.

7.    Winsford admits only that Defendant/Third-Party Plaintiff, MARRIOTT INTERNATIONAL, INC. filed its Answer and Affirmative Defenses to Plaintiffs' causes of action, but makes no answer to the remaining allegations as they are not directed to the Winsford.

8.    Winsford is without sufficient knowledge to either admit or deny the allegations contained in this paragraph, and therefore denies same.

9.    Winsford is without sufficient knowledge to either admit or deny the allegations contained in this paragraph, and therefore denies same.

## COUNT I

10.  Winsford does not admit or deny the allegations contained in this paragraph, as they are responded to in a Motion to Dismiss that was filed simultaneously with this Answer.

11.  Winsford does not admit or deny the allegations contained in this paragraph, as they are responded to in a Motion to Dismiss that was filed simultaneously with this Answer.

12.  Winsford does not admit or deny the allegations contained in this paragraph, as they are responded to in a Motion to Dismiss that was filed simultaneously with this Answer.

13.  Winsford does not admit or deny the allegations contained in this paragraph, as they are responded to in a Motion to Dismiss that was filed simultaneously with this Answer.

## COUNT II

14.  Winsford does not admit or deny the allegations contained in this paragraph, as they are responded to in a Motion to Dismiss that was filed simultaneously with this Answer.

15.  Winsford does not admit or deny the allegations contained in this paragraph, as they are responded to in a Motion to Dismiss that was filed simultaneously with this Answer.

16.  Winsford does not admit or deny the allegations contained in this paragraph, as they are responded to in a Motion to Dismiss that was filed simultaneously with this Answer.

17.  Winsford does not admit or deny the allegations contained in this paragraph, as they are responded to in a Motion to Dismiss that was filed simultaneously with this Answer.

## COUNT III

18.  Winsford does not admit or deny the allegations contained in this paragraph, as they are responded to in a Motion to Dismiss that was filed simultaneously with this Answer.

19.     Winsford does not admit or deny the allegations contained in this paragraph, as they are responded to in a Motion to Dismiss that was filed simultaneously with this Answer.

20.     Winsford does not admit or deny the allegations contained in this paragraph, as they are responded to in a Motion to Dismiss that was filed simultaneously with this Answer.

21.     Winsford does not admit or deny the allegations contained in this paragraph, as they are responded to in a Motion to Dismiss that was filed simultaneously with this Answer.

## COUNT IV

22.     Third-Party Defendants deny the allegations contain in this paragraph. Further answering, Windsor denies that it is the manufacturer of the subject wooden floor. Attached to this Answer as Exhibit A is the affidavit of Colin Vigdal, the Corporate Controller for Third-Party Defendant Winsford Corporation. Pursuant to 735 ILCS 5/2-621, the affidavit provides the correct identity of the manufacturer of the subject wooden floor.

23.     Third-Party Defendants deny the allegations contain in this paragraph.

24.     Third-Party Defendants deny the allegations contain in this paragraph.

25.     Third-Party Defendants deny the allegations contain in this paragraph.


WHEREFORE, Third-Party Defendant, WINSFORD CORPORATION d/b/a FORBES INDUSTRIES, denies that Defendant/Third-Party Plaintiff, MARRIOTT INTERNATIONAL, INC. is entitled to judgment in any amount whatsoever, and further requests that this Honorable Count enter judgment in its favor and against the Defendant/Third-Party Plaintiff, plus costs of suit.

Respectfully submitted,

THIRD-PARTY  DEFENDANTS,  FORBES
INDUSTRIES,  INC.,  and  WINSFORD
CORPORATION d/b/a FORBES INDUSTRIES

By:    *s/Robert J. Kopka*
       Robert J. Kopka

Robert J. Kopka, Esq. (IL 6183276)
KOPKA, PINKUS, DOLIN & EADS, L.L.C.
100 Lexington Drive, Suite 100
Buffalo Grove, Illinois  60089
(847) 549-9611
Fax: (847) 549-9636
Attorney No.:  6183276

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CAROLYN BURTON and GERRY BURTON,    ) | |
|        ) | |
|      Plaintiffs,    ) | |
|        ) | |
| vs.    ) | Court No. 1:09-CV-1100 |
|        ) | |
| MARRIOTT INTERNATIONAL, INC.    ) | |
|        ) | |
|      Defendants.    ) | |
|        ) | |
| MARRIOT INTERNATIONAL, INC.    ) | |
|        ) | |
|      Third Party Plaintiff,    ) | |
|        ) | |
| vs.    ) | |
|        ) | |
| FORBES INDUSTRIES, INC., and WINSFORD    ) | |
| CORPORATION d/b/a FORBES INDUSTRIES    ) | |
|        ) | |
|      Third Party Defendants.    ) | |
|        ) | |

## AFFIDAVIT OF COLIN VIGDAL REGARDING
## IDENTITY OF PRODUCT MANUFACTURER

NOW COMES Third-Party Defendant, Winsford Corporation d/b/a Forbes Industries, by

its Corporate Controller, Colin Vigdal and in support of its Motion to Dismiss, submits the

Affidavit of Colin Vigdal, as follows:

1.     My name is Colin Vigdal. I am the Corporate Controller for the Winsford
Corporation. I have held this position since September 9, 2008. I have been
employed by the Winsford Corporation since September 9, 2008.

2.     The relationship between the Winsford Corporation and Forbes Industries is
Forbes Industries is a DBA, of the legal entity The Winsford Corporation.



EXHIBIT
A

3. On or about May 4, 2006, Forbes entered into a Purchase Order (Purchase Order #54775186) with Higgins Purchasing Group, to sell and deliver a 27' x 27' Brown Mahagony Dance Floor to the Renaissance Hotel in Schaumburg, Illinois. A copy of the Purchase Order is attached as Exhibit A.

4. On or about May 4, 2006, Forbes received the Purchase Order under cover of a Memorandum, a copy of which is attached as Exhibit B.

5. Forbes purchased the dance floor referenced in the Plaintiff's Complaint of Law from Barter International, 8422 N.W. 66th Street, Miami, Florida 33166, pursuant to Purchase Order #121291 dated March 2, 2006, a copy of which is attached as Exhibit C. (The pricing information has been redacted to protect Forbes' trade information.)

6. Forbes invoiced Higgins Purchasing Group, on behalf of its principal, Marriott Corporation, on or about May 18, 2006, pursuant to Invoice #175295, a copy of which is attached as Exhibit D.

7. The flooring was manufactured by Grupo Acme, America Super Trader Ltda. A. Henry Ford 424, Modea Sau Paulo, S.P. 08109-000. A copy of the Acme packing list relating to Purchase Order #121291 is attached as Exhibit E.

8. A copy of Acme's Commercial Invoice (with pricing information redacted to protect trade information) is attached as Exhibit F.

9. Neither Winsford nor Forbes exercised any control over the manufacture of the dance floor, nor provided instructions or warnings to the manufacturer relative to the alleged defect in the product.

10. Neither Winsford nor Forbes had actual knowledge of the alleged defect that allegedly caused the injury.

11. Neither Winsford nor Forbes created or caused the alleged defect in the dance floor.

Respectfully submitted,

Colin Vigdal
WINSFORD CORPORATION

Subscribed and sworn before me this _____ day of _____, 2010.

ELIZABETH NAVARRO
Commission # 1869924
Notary Public - California

_____
Notary Public

See Attached

2

My Comm. Expires Oct 31, 2013

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

State of California

County of San Bernardino } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer(s), *not* Notary)

_____ _____
Signature of Document Signer No. 1           Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this

7th day of May 2010, by
Date        Month        Year

(1) Colin Viqdal
Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (/)
(and)

(2) _____
Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

_____
Signature of Notary Public

ELIZABETH NAVARRO
Commission # 1869924
Notary Public • California
San Bernardino County
My Comm. Expires Oct 31, 2013

Place Notary Seal Above

—— OPTIONAL ——

Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.

## Further Description of Any Attached Document

Title or Type of Document: Affidavit of Colin Viqdal Regarding
Identity of Product Manufacturer

Document Date: May 7 2010    Number of Pages: 2

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

05/04/2006 14:52 FAX 404 832 3089   HIGGINS PURCHASING GROUP   ☑002/004

Printed: Thursday, May 04, 2006         14:53:40 PM

 **HIGGINS PURCHASING GROUP**

## PURCHASE ORDER AS AGENT ONLY

| Category | *Job No. | *Purchase Order No. |
|---|---|---|
| 03 | 5477 | 54775186 |

*Job & PO No. must appear on all Correspondence Invoices & Packages

| | |
|---|---|
| Date of Order: | 05-04-06 |
| Ship Via: Ground Freight | Freight: Pre-Pay and Add |
| Terms: Net 30 | Delivery Date: 06-02-06 |

**V E N D O R**
Forbes Industries
1933 E. Locust St.
Ontario, CA 91761
USA
**ATTN:** Mike Hewitt
T: 909-923-4559  F: 909-923-1969

**B I L L   T O**
Village of Schaumburg
C/O Higgins Purchasing Group
3490 Piedmont Rd., NE.
Suite 825
Atlanta, GA 30305
USA
**ATTN:** Anthony Peoples
T: 404-814-9160  F: 404-814-9263

**S H I P   T O**
Renassiance Hotel Schaumburg
C/o Boyer-Rosene Moving & Storage
1150 A North Swift Rd
Addison, IL60101
USA
**ATTN:** Jennifer Sturch
T: 847-593-8700  F:

| Qty | Item | Description | Area | Unit Cost | Extended |
|---|---|---|---|---|---|
| 4 EA | BQE0915.1 | Dance Floor | Banquets | 10,800.00 | 43,200.00 |

    **Side Mark:** Schaumburg Ctr.
    HPG ITEM NO: BQE0915.1
    Dance Floor
    PO NO: 54775186

Mfg:   Dance Floor
Mfg#:  4233-BMH-S
Size:  27' x 27'
Finish:  Brown Mahogany
Trim:  Silver
Notes1: 81 panels, 4sets of corner trim, 24 pieces of flat trim
Notes2: Two Keys

| Qty | Item | Description | Area | Unit Cost | Extended |
|---|---|---|---|---|---|
| 4 EA | BQE0918.1 | Transport Cart | Banquets | 340.00 | 1,360.00 |

    **Side Mark:** Schaumburg Ctr.
    HPG ITEM NO: BQE0918.1
    Transport Cart
    PO NO: 54775186

Mfg:   Transport Cart
Mfg#:  4280
Notes1: 20 panel capacity

**PO Notes:** G02 Under no circumstances is vendor allowed to ship freight collect.

G03 All items must be contract quality and be suitable for contract use.

G04 All items on this purchase order are to be guaranteed free from manufacturing and material defects for at least one year.

**EXHIBIT**
**A**

HPG PO No:54775186 (Proj: Schaumburg Convention Center) 05... ustries)   Page 1 of 3

WHITE - VENDOR   BLUE - VENDOR ACCEPTANCE   PINK - HPG... OLDENROD - RECEIVING

05/04/2006 14:53 FAX 404 832 3089        HIGGINS PURCHASING GROUP        ⓐ003/004
Printed: Thursday, May 04, 2006
                                                                        14:53:40 PM

G05 Manufacturer must adhere to approved design specifications.

G15 Vendor must submit an invoice requesting the necessary deposit or proforma payment, per the terms noted on the purchase order, prior to being paid. Vendor will not be paid unless an invoice is submitted in a timely fashion prior to shipping. Invoice must be on vendor letterhead to be considered authentic and faxed to Higgins Purchasing Group at (404) 814-9263.

S01 A packing slip must accompany all shipments and be visible to receiving personnel. Missing packing slips may result in refused items.

S03 All cartons/items in this order must be side-marked with the appropriate item numbers and descriptions as indicated above.

05/04/2006 14:53 FAX 404 832 3080          HIGGINS PURCHASING GROUP                    ☎004/004
Printed: Thursday, May 04, 2006
                                                                                14:53:40 PM

| **TOTAL COST OF THIS ORDER:** | **44,560.00** |

*Under no circumstances is seller to ship freight collect unless authorized by agent*

This purchase order is prepared by HIGGINS PURCHASING GROUP (called Agent), as Agent only for the Customer (as specified in 'Bill To' above) and this purchase order is solely for account thereof or hereunder, and makes no representations otherwise to Vendor.

Accepted By Vendor:

_____          _____          _____
Company Name                     Signature (Title)               Date

PURCHASE ORDER ISSUED BY:

_____
Agent

APPROVED:

_____
Client

_____
Designer

05/04/2008 14:52 FAX 404 832 3089    HIGGINS PURCHASING GROUP    ☒001/004



# HIGGINS PURCHASING GROUP

3490 Piedmont Rd., NE.
Atlanta, GA 30305
Phone: 404-814-9160 – x 224
Fax:    404-814-9263
Email:  apeoples@higginspurchasing.com

| **To:** | Mike Hewitt / Kelly Hickman | **From:** | Anthony L. Peoples |
|---|---|---|---|
| **Company:** | Forbes | **Date:** | 05/04/06 |
| **Fax:** | 909-930-2707 | **Pages:** | 4 |
| **Phone:** | 909-923-4559 | **CC:** | |
| **Re:** | P.O. #54775186 | | |

Dear Mike:

Following this brief cover is the purchase order noted above. Please review this purchase order to confirm model numbers, descriptions, pricing, and delivery date. Call as soon as possible if further information is required.

Please sign the attached PO and fax a copy back to my attention to confirm receipt.

Please note that this PO is Net 30 therefore fax and mail the invoice as soon as possible in order expedite the accounting process in a timely manner. Please fax a copy of the invoice showing merchandise, freight, tax (if applicable, and any additional charges.

**We are looking at a delivery date prior to the last week in May/ First week in June.**

Thank you in advance for your response.

Sincerely,
*Anthony Peoples*

Project Manager
Higgins Purchasing Group



EXHIBIT
B



# Purchase Order

| NUMBER | DATE | PAGE |
|--------|------|------|
| 121291 | 03/02/06 | 1 |

**No**

**VENDOR:** BARTER INTERNATIONAL
8422 NW 66TH STREET
MIAMI, FL.

**DELIVER TO:** BARTER INTERNATIONAL
8422 NW 66TH STREET
MAINI, FL. 33166

Fax:

| BUYER | DATE REQ. | CONTACT/PHONE | CUST REF: | PICKED UP BY: |
|-------|-----------|---------------|-----------|----------------|
| 1 | 05/02/06 | / | | |

**PAYMENT TERMS** SEE NOTE ON PO
**SHIP VIA** OCEAN FRT
**F.O.B.**

| ORD QTY | REC QTY | STOCK CODE / DUE DATE | U.O.M | GL | UNIT PRICE | GROSS AMT |
|---------|---------|-----------------------|-------|------|------------|-----------|
| 244 | 0 | 4290-BMH 05/02/06 FLOOR PANEL - BROWN MAHOGANY 2 PER BOX | EA | 1300 | | |
| 244 | 0 | 4290-MAP 05/02/06 FLOOR PANEL - MAPLE 2 PER BOX | EA | 1300 | | |
| 244 | 0 | 4290-CHY 05/02/06 FLOOR PANEL - CHERRY TWO PER BOX | EA | 1300 | | |
| 60 | 0 | 4294-G 05/02/06 CORNER TRIM SET, ANODIZED ALUM GOLD | EA | 1300 | | |
| 12 | 0 | 4294-S 05/02/06 CORNER TRIM SET, ANODIZED ALUM SILVER | EA | 1300 | | |
| 240 | 0 | 4293-G 05/02/06 FLAT TRIM, ANODIZED ALUMINUM FOUR PER BOX | EA | 1300 | | |
| 10 | 0 | 4280 05/02/06 TRANSPORT CART FOR DANCE FLOOR - 1 PER BOX | EA | 1300 | | |
| 30 | 0 | 4290 05/02/06 CAM-LOCK KEY - REPLACEMENT 2 PER BOX | EA | 1300 | | |

*Handwritten: 244 ✓ · 244 ✓ · 244 ✓ · 60 · 12 · 240 · 10 · 30*

ORIGIN: BRAZIL
DELIVERY: TO SHIP FROM BRASIL ON 3/31/06 AND
DELIVER TO MIAMI APPROX MAY 2,2006

PAYMENT: 30% ORDER, 30% ON SHIP DATE, 40%



RECEIVED MAY 2006 By

**EXHIBIT**
C



## Purchase Order

| NUMBER | DATE | PAGE |
|--------|------|------|
| 121291 | 03/02/06 | 2 |

**No**

**VENDOR:**

BARTER INTERNATIONAL
8422 NW 66TH STREET
MIAMI, FL.

**DELIVER TO:**

BARTER INTERNATIONAL
8422 NW 66TH STREET
MAIMI, FL. 33166

Fax:

| BUYER | DATE REQ. | CONTACT/PHONE | CUST REF: | PICKED UP BY: |
|-------|-----------|---------------|-----------|---------------|
| 1 | 05/02/06 | / | | |

| PAYMENT TERMS | SHIP VIA | F.O.B. |
|---------------|----------|--------|
| SEE NOTE ON PO | OCEAN FRT | |

| ORD.QTY | REC.QTY | STOCK CODE / DUE DATE | U.O.M | GL | UNIT PRICE | GROSS AMT |
|---------|---------|------------------------|-------|-----|------------|-----------|

UPON RECEIPT IN MIAMI

ORDER PER TIM SWEETLAND

| | |
|---|---|
| Subtotal: | |
| Taxable: | 0.00 |
| Sales Tax: | 0.00 |
| Misc. Charges | 0.00 |
| TOTAL$: | |

NOTE: If delivery time and/or date is not met, penalties may be charged.

CONTACT FORBES INDUSTRIES IF YOU HAVE ANY QUESTIONS
PH: 909-923-4559 FAX: 909-923-2179

RECEIVING HOURS FROM 7:00 A.M. TO 4:00 P.M.

| PURCHASING APPROVAL | DATE |
|---------------------|------|
| | 03/02/06 |

# FORBES™
## industries

**1933 East Locust Street * Ontario, California 91761**
Phone: (909) 923-4559 * Fax: (909) 923-1969
E-Mail: sales@forbesindustries.com

| YOUR P.O. NUMBER | INVOICE NUMBER |
|---|---|
| 54775186 | 175295 |
| ORDER DATE | INVOICE DATE |
| 05/04/08 | 05/18/08 |

**INVOICE**

Pg: 1

| SOLD TO | SHIP TO |
|---|---|
| VILLAGE OF SCHAUMBURG<br>C/O HIGGINS PURCHASING GROUP<br>3490 PIEDMONT RD.,NE<br>SUITE 825<br><br>ATLANTA, GA          30305-<br>CRYST | RENASSIANCE HOTEL SCHAUMBURG<br>C/O BOYER-ROSENE<br>1150 A  NORTH SWIFT RD<br>ATT: JENNIFER STORCH<br>PH: 847-593-3700<br>ADDISON, IL          60101- |

| SHIP VIA | PREPAY & ADD | COLLECT | F.O.B. | TERMS |
|---|---|---|---|---|
| PPA - ROADWAY | | | ONTARIO, CALIFORNIA | 1% 10 NET 30 |

| QTY ORDERED | QTY SHIPPED | QTY BACK ORD | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 4 | 4 | 0 | EA | 4235-BMH-S<br>DANCE FLOOR, 27'x 27'<br><br>EACH DANCE FLOOR INCLUDES:<br><br>81-#4290-BMH PANELS (40.5 BOXES<br><br>   @ 2 PER BOX)<br><br>24-4293-S FLAT TRIM (4 BOXES<br><br>   @ 4 PER BOX)<br><br>4-#4294-S CORNER TRIM SET<br><br>   (4 BOXES @ 1 CORNER TRIM SET<br><br>   PER BOX)<br><br>2-4298 LOCK KEYS (1 BOX @ 2<br><br>   PER BOX)<br><br>SIDEMARK:<br><br>SCHAUMBURG CTR.<br><br>MFG ITEM NO: BGE0915.1 | 10800.00 | 43200.00 |

EXHIBIT

D

CONTINUED

| | TOTAL |
|---|---|

G

# FORBES™
## Industries

**1933 East Locust Street * Ontario, California 91761**
**Phone: (909) 923-4559 * Fax: (909) 923-1969**
**E-Mail: sales@forbesindustries.com**

| YOUR P.O. NUMBER | INVOICE NUMBER |
|---|---|
| 54775186 | 175895 |
| ORDER DATE | INVOICE DATE |
| 05/04/06 | 05/18/06 |

INVOICE

Pg: 2

| | |
|---|---|
| **SOLD TO** | **SHIP TO** |
| VILLAGE OF SCHAUMBURG | RENASSIANCE HOTEL SCHAUMBURG |
| C/O HIGGINS PURCHASING GROUP | C/O BOYER-ROSENE |
| 3490 PIEDMONT RD.,NE | 1150 A NORTH SWIFT RD |
| SUITE 825 | ATT: JENNIFER STURCH |
| | PH: 847-593-8700 |
| ATLANTA, GA 30305- | ADDISON, IL 60101- |
| CRYST | |

| SHIP VIA | PREPAY & ADD | COLLECT | F.O.B. | TERMS |
|---|---|---|---|---|
| PPA - ROADWAY | | | ONTARIO, CALIFORNIA | 1% 10 NET 30 |

| QTY ORDERED | QTY SHIPPED | QTY BACK ORD | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 17 | 17 | 0 | EA | DECRIPTION: DANCE FLOOR<br><br>AREA: BANQUETS<br><br>PO NO: 54775186<br><br>4280<br>TRANSPORT CART<br><br>SIDEMARK:<br><br>SCHAUMBURG CTR.<br><br>HPG ITEM NO: BQE0618.1<br><br>DESCRIPTION: TRANSPORT CART<br><br>AREA: BANQUETS<br><br>PO NO: 54775186<br><br><br>** MARK CARTONS AND CORRESPONDENCE:<br>JOB NO. 5477 AND P.O.#54775186** | 340.00 | 5780.00 |

CONTINUED

| TOTAL |
|---|

# FORBES™
## Industries

1933 East Locust Street * Ontario, California 91761
Phone: (909) 923-4559 * Fax: (909) 923-1969
E-Mail: sales@forbesindustries.com

| YOUR P.O. NUMBER | INVOICE NUMBER |
|---|---|
| 64775186 | 175285 |
| ORDER DATE | INVOICE DATE |
| 05/04/06 | 05/18/06 |

INVOICE

Pa: 3

| | |
|---|---|
| **S O L D T O** | VILLAGE OF SCHAUMBURG<br>C/O MIGGINS PURCHASING GROUP<br>6490 PIEDMONT RD., NE<br>SUITE 825<br><br>ATLANTA, GA 30305-<br>CRYST |
| **S H I P T O** | RENASSIANCE HOTEL SCHAUMBURG<br>C/O BOYER-ROSENE<br>1150 A NORTH SWIFT RD<br>ATT: JENNIFER STORCH<br>PH: 847-595-9700<br>ADDISON, IL 60101- |

| SHIP VIA | PREPAY & ADD | COLLECT | F.O.B. | TERMS |
|---|---|---|---|---|
| PPA - ROADWAY | | | ONTARIO, CALIFORNIA | 1% 10 NET 30 |

| QTY ORDERED | QTY SHIPPED | QTY BACK ORD | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | ** FAX PROFORMA INVOICE TO | | |
| | | | | ANTHONY PEOPLES AT 404-014-9262 ** | | |
| | | | | | | |
| | | | | *LEAD TIME APPROVED | | |
| | | | | BY MIKE HEWITT* | | |
| | | | | | | |
| | | | | **FREIGHT CHARGES SHOWN | | |
| | | | | ARE ESTIMATES ONLY. | | |
| | | | | CHARGES MAY BE ADJUSTED | | |
| | | | | AT TIME OF SHIPPING** | | |
| | | | | | | |
| | | | | 05/08/06 GENI | | |
| | | | | ** REVISED: IMPORTANT NOTES: | | |
| | | | | [SHIPPING FROM MIAMI]: | | |
| | | | | - 249 PANELS (2 PER BOX) | | |
| | | | | CONTINUED | | |
| | | | | | **TOTAL** | |



**1933 East Locust Street * Ontario, California 91761**
**Phone: (909) 923-4559 * Fax: (909) 923-1969**
**E-Mail: sales@forbesindustries.com**

| | YOUR P.O. NUMBER | INVOICE NUMBER |
|---|---|---|
| | 54775186 | 175295 |
| | ORDER DATE | INVOICE DATE |
| | 05/04/06 | 05/16/06 |

INVOICE

Pg: 4

```
S                                        S
O   VILLAGE OF SCHAUMBURG                 H   RENASSIANCE HOTEL SCHAUMBURG
L   C/O HIGGINS PURCHASING GROUP          I   C/O BOYER-ROSENE
D   3490 PIEDMONT RD.,,NE                 P   1150 A  NORTH SWIFT RD
    SUITE 225                                 ATT: JENNIFER STURCH
T                                         T   PH: 847-593-8700
O   ATLANTA, GA        30305-             O   ADDISON, IL          60101-
ANYST
```

| SHIP VIA | PREPAY & ADD | COLLECT | F.O.B. | TERMS |
|---|---|---|---|---|
| PA - ROADWAY | | | ONTARIO, CALIFORNIA | 1% 10 NET 30 |

| QTY ORDERED | QTY SHIPPED | QTY BACK ORD | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | - 48   FLAT TRIM (4 PER BOX) | | |
| | | | | - 12   CORNER TRIM SETS | | |
| | | | | (1 SET PER BOX) | | |
| | | | | - 8   KEYS (2 PER BOX) | | |
| | | | | - 7   TRANSPORT CARTS | | |
| | | | | [SHIPPING FROM ONTARIO]: | | |
| | | | | - 75   PANELS (2 PER BOX) | | |
| | | | | - 48   FLAT TRIM (4 PER BOX) | | |
| | | | | - 4   CORNER TRIM SETS | | |
| | | | | (1 SET PER BOX) | | |
| | | | | - 10   TRANSPORT CARTS | | |
| | | | | AND THEN CHANGE SHIP DATE | | |
| | | | | FROM: 5/15/06 | | |
| | | | | TO:   5/10/06, AND SHIP WITH | | |
| | | | | ORDER 174585, PER MIKE HEWITT ** | | |
| | | | | CONTINUED | | |

**TOTAL**



**FORBES™**

**Industries**

**1933 East Locust Street * Ontario, California 91761**
**Phone: (909) 923-4559 * Fax: (909) 923-1969**
**E-Mail: sales@forbesindustries.com**

| | YOUR P.O. NUMBER | INVOICE NUMBER |
|---|---|---|
| | 54775186 | 175295 |
| | ORDER DATE | INVOICE DATE |
| | 05/04/06 | 05/18/06 |

INVOICE

Pg: 5

| | |
|---|---|
| **S O L D T O** | VILLAGE OF SCHAUMBURG<br>C/O HIGGINS PURCHASING GROUP<br>3490 PIEDMONT RD.,NE<br>SUITE 625<br>ATLANTA, GA 30305-<br>CRYST |
| **S H I P T O** | RENASSIANCE HOTEL SCHAUMBURG<br>C/O BOYER-ROSENE<br>1150 A NORTH SWIFT RD<br>ATT: JENNIFER STURCH<br>PH: 847-593-8700<br>ADDISON, IL 60101- |

| SHIP VIA | PREPAY & ADD | COLLECT | F.O.B. | TERMS |
|---|---|---|---|---|
| PPA - ROADWAY | | | ONTARIO, CALIFORNIA | 1% 10 NET 30 |

| QTY ORDERED | QTY SHIPPED | QTY BACK ORD | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SHIPPED 5/18/06 | | |
| | | | | ROADWAY - 721976075 | | |
| | | | | SUBTOTAL: | | 45980.00 |
| | | | | FREIGHT: | | 4207.24 |
| | | | | SALES TAX: | | 0.00 |
| | | | | OTHER CHARGES: | | 0.00 |

| | TOTAL | 50187.24 |
|---|---|---|



**américa super trader ltda.**

www.grupoacme.com.br - info@grupoacme.com.br

# Packing List

| | Date | | Ocean | |
|---|---|---|---|---|
| | 07/04/2006 | | | |

Po # 12291

Name / Adress
Barter International Corp.
8422 NW 66 Street
33166
Miami - FL - USA
phone 786 - 331-9833

| Vol | Box | Qty | Part No. | Description | Box dimmensions | Total Net Weight | Total Gross Weight |
|---|---|---|---|---|---|---|---|
| 1/20 | 23 | 46 | 4290-MAP | Floor Panel - Maple | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| 2/20 | 23 | 46 | 4290-MAP | Floor Panel - Maple | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| 3/20 | 23 | 46 | 4290-MAP | Floor Panel - Maple | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| 4/20 | 23 | 46 | 4290-MAP | Floor Panel - Maple | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| 5/20 | 23 | 46 | 4290-MAP | Floor Panel - Maple | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| 6/20 | 7 | 14 | 4290-MAP | Floor Panel - Maple | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| | 16 | 32 | 4290-BMH | Floor Panel - Brown Mahogany | 0,96 x 0,96 x 0,08 | | |
| 7/20 | 23 | 46 | 4290-BMH | Floor Panel - Brown Mahogany | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| 8/20 | 23 | 46 | 4290-BMH | Floor Panel - Brown Mahogany | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| 9/20 | 23 | 46 | 4290-BMH | Floor Panel - Brown Mahogany | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| 10/20 | 23 | 46 | 4290-BMH | Floor Panel - Brown Mahogany | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| 11/20 | 14 | 28 | 4290-BMH | Floor Panel - Brown Mahogany | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| | 9 | 18 | 4290-CHY | Floor Panel - Cherry | 0,96 x 0,96 x 0,08 | | |
| 12/20 | 23 | 46 | 4290-CHY | Floor Panel - Cherry | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| 13/20 | 23 | 46 | 4290-CHY | Floor Panel - Cherry | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| 14/20 | 23 | 46 | 4290-CHY | Floor Panel - Cherry | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| 15/20 | 23 | 46 | 4290-CHY | Floor Panel - Cherry | 0,96 x 0,96 x 0,08 | 828,00 | 879,00 |
| 16/20 | 21 | 42 | 4290-CHY | Floor Panel - Cherry | 0,96 x 0,96 x 0,08 | 792,00 | 841,00 |
| | 1 | 2 | 4290-BMH-S | Floor Panel - Brown Mahogany | 0,96 x 0,96 x 0,08 | | |
| 17/20 | 60 | 240 | 4293-G | Flat Trim Anodized Aluminium | 0,15 x 0,95 x 0,75 | 364,00 | 387,00 |
| | 1 | 30 | 4298 | Cam Lock | 0,23 x 0,42 x 0,30 | | |
| | 1 | 10 | 4280-B | Tray | 0,79 x 0,19 x 0,10 | | |
| 18/20 | 60 | 60 | 4294-G | Corner Trim Set Gold ( Right and Left) | 0,15 x 1,53 x 0,40 | 317,65 | 337,70 |
| | 12 | 12 | 4294-S | Corner Trim Set Silver ( Right and | 0,15 x 1,53 x 0,40 | | |
| 19/20 | 5 | 5 } | 4280 | Transport Cart | 0,82 x 1,32 x 0,40 | 199,00 | 211,50 |
| 20/20 | 5 | 5 } | 4280 | Transport Cart | 0,82 x 1,32 x 0,40 | 199,00 | 211,50 |

EXHIBIT

E

AMÉRICA SUPER TRADER LTDA.

Av. Eusébio Stevaux 424 - Morbá - São Paulo-SP - 03169-000 - Tel (11) 6168 2953 - Fax (11) 6168 970



**ACME**

américa super trader ltda.

www.grupoacme.com.br — info@grupoacme.com.br

# Comercial Invoice

| Date | Invoice # |
|---|---|
| 07/04/2006 | 220 |

| Bill To | Ship To |
|---|---|
| Barter International Corp. | Barter International Corp. |
| 8422 NW 66 Street | 8422 NW 66 Street |
| 33166 | 33166 |
| Miami - FL - USA | Miami - FL - USA |
| phone 786 - 331-9833 | phone 786 - 331-9833 |

| Terms | Ship | Via | | Gross Weight | Net Weight |
|---|---|---|---|---|---|
| Net 90 | | Ocean | | 15.173,70 | 14.291,65 |

| Item # | Quantity | Part No. | Description | Price Each | Amount |
|---|---|---|---|---|---|
| 1 | 244 | 4290-BMH | Floor Panel - Brown Mahogany | | |
| 2 | 2 | 4290-BMH-S | Floor Panel - Brown Mahogany - Sample | | |
| 3 | 244 | 4290-MAP | Floor Panel - Maple | | |
| 4 | 244 | 4290-CHY | Floor Panel - Chery | | |
| 5 | 60 | 4294-G | Corner Trim Set Anodized Alum Gold ( Right and Left) | | |
| 6 | 12 | 4294-S | Corner Trim Set Anodized Alum Silver ( Right and Left) | | |
| 7 | 240 | 4293-G | Flat Trim Anodized Aluminium | | |
| 8 | 10 | 4280 | Transport Cart | | |
| 9 | 30 | 4298 | Cam Lock | | |
| 10 | 10 | 4280-R | | | |

| | | | Total  CFR | US$ | |
|---|---|---|---|---|---|

Number Volume   20 volumes //511 boxes
NCM   4418.30.00 (Itens 1 / 2 / 3 / 4 )
7325.99,90 (Itens 5 /6/ 7 / 9 / 10)
8716 80,00 ( Item 8)

**EXHIBIT**

**F**

AMÉRICA SUPER TRADER LTDA.