IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROLYN BURTON and GERRY BURTON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MARRIOTT INTERNATIONAL, INC. ) <br> ) <br> Defendants. ) <br> _____ ) <br> MARRIOTT INTERNATIONAL, INC. ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FORBES INDUSTRIES, INC., and WINSFORD ) <br> CORPORATION d/b/a FORBES INDUSTRIES ) <br> ) <br> Third-Party Defendants. ) | Court No. 1:09-CV-1100 <br><br> Judge: James B. Zagel <br><br> Magistrate: Jeffrey Cole |

## NOTICE OF FILING

TO:   All Counsel of Record (See Attached Service List)

Please take notice that on May 13, 2010, Third-Party Defendant, Winsford Corporation d/b/a Forbes Industries, filed with the United States District Court for the Northern District of Illinois, Eastern Division, its Motion to Dismiss Count II of Marriott International, Inc.'s Third-Party Complaint, a copy of which will or has been served upon you via First Class Mail and/or electronically via the Court's Electronic Case Filing System.

By:   *s/Robert J. Kopka*
One of the Attorneys for Third-Party Defendant,
Winsford Corporation d/b/a Forbes Industries

Robert Kopka (6183276)
KOPKA, PINKUS, DOLIN & EADS, L.L.C.
100 Lexington Drive, Suite 100
Buffalo Grove, IL 60089
(847) 549-9611

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney on oath, states that she served this notice by electronically filing same using the CM/ECF system, which will send notification of such filing to all counsel on the attached service list on May 13, 2010.

*s/Leslie Martin*

*Burton v. Marriott, et al.*
*Case no. 09 CV 1100*

## SERVICE LIST

Attorney for Marriott International, Inc.
Robert M. Burke
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Phone: (312) 372-0770
E-mail: burker@jbltd.com

Attorney for Marriott International, Inc.
Timothy R. Couture
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Phone: (312) 984-6651
E-mail: couturet@jbltd.com

Attorney for Marriott International, Inc.
Paul Gamboa
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Phone: (312) 982-3426
E-mail: gamboap@jbltd.com

Attorney for Marriott International, Inc.
Michael J. Linneman
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Phone: (312) 849-2456
E-mail: linnemanm@jbltd.com

Attorney for Plaintiffs, Carolyn Burton and Gerry Burton
Sean M. Houlihan
POWERS, ROGERS & SMITH, PC
70 West Madison Street, Suite 5500
Chicago, Illinois 60602
Phone: (312) 236-9381
E-mail: houlihand@prslaw.com