IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROLYN BURTON and GERRY BURTON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Court No. 1:09-CV-1100 |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | Judge: James B. Zagel |
| ) | |
| Defendants. ) | Magistrate: Jeffrey Cole |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FORBES INDUSTRIES, INC., and WINSFORD ) | |
| CORPORATION d/b/a FORBES INDUSTRIES ) | |
| ) | |
| Third-Party Defendants. ) | |

### NOTICE OF FILING

TO:  All Counsel of Record (See Attached Service List)

Please take notice that on <u>June 30, 2010</u>, Third-Party Defendant, Winsford Corporation d/b/a Forbes Industries, filed with the United States District Court for the Northern District of Illinois, Eastern Division, its <u>Reply to Marriott International, Inc.'s Response to Forbes Industries, Inc.'s Motion to Strike Counts I and III of Third-Party Complaint</u>, a copy of which will or has been served upon you electronically via the Court's Electronic Case Filing System.

By:  <u>s/Robert J. Kopka</u>
One of the Attorneys for Third-Party Defendant,
Winsford Corporation d/b/a Forbes Industries

Robert Kopka (6183276)
KOPKA, PINKUS, DOLIN & EADS, L.L.C.
100 Lexington Drive, Suite 100
Buffalo Grove, IL 60089
(847) 549-9611

### CERTIFICATE OF SERVICE

The undersigned, a non-attorney on oath, states that she served this notice by electronically filing same using the CM/ECF system, which will send notification of such filing to all counsel on the attached service list on June 30, 2010.

<u>s/Leslie Martin</u>

*Burton v. Marriott, et al.*
*Case no. 09 CV 1100*

## SERVICE LIST

Attorney for Marriott International, Inc.
Robert M. Burke
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Phone: (312) 372-0770
E-mail: burker@jbltd.com

Attorney for Marriott International, Inc.
Timothy R. Couture
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Phone: (312) 984-6651
E-mail: couturet@jbltd.com

Attorney for Marriott International, Inc.
Paul Gamboa
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Phone: (312) 982-3426
E-mail: gamboap@jbltd.com

Attorney for Marriott International, Inc.
Michael J. Linneman
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Phone: (312) 849-2456
E-mail: linnemanm@jbltd.com

Attorney for Plaintiffs, Carolyn Burton and Gerry Burton
Sean M. Houlihan
POWERS, ROGERS & SMITH, PC
70 West Madison Street, Suite 5500
Chicago, Illinois 60602
Phone: (312) 236-9381
E-mail: houlihand@prslaw.com