71301/Notice Withdraw Mot Dis/RJH/tc

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CAROLYN BURTON and GERRY BURTON,<br><br>    Plaintiffs,<br><br>vs.<br><br>RENAISSANCE HOTEL MANAGEMENT CO., LLC,<br><br>―――――――――――――――――――<br><br>RENAISSANCE HOTEL MANAGEMENT CO., LLC,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>WINSFORD CORPORATION d/b/a FORBES INDUSTRIES<br>And GRUPO ACME,<br><br>    Third-Party Defendants. | Court No. 1:09-CV-1100 |

### THIRD-PARTY DEFENDANT WINSFORD CORPORATION d/b/a FORBES INDUSTRIES, INC.'S NOTICE TO WITHDRAW MOTION TO DISMISS

NOW COMES Third-Party Defendant, WINSFORD CORPORATION d/b/a FORBES INDUSTRIES (herein after referred to as "Winsford"), by its attorneys, Rebecca J. Hanson, and KOPKA, PINKUS, DOLIN & EADS, LLC, and for its notice to withdraw motion to dismiss, states the following:

Winsford filed a Motion to Dismiss on April 7, 2011. Winsford hereby withdraws the Motion to Dismiss, without prejudice.

WHEREFORE, Third-Party Defendant, Winsford, requests this Honorable Court to withdraw the Motion to Dismiss previously filed in this matter without prejudice.

Respectfully submitted,

WINSFORD CORPORATION d/b/a FORBES INDUSTRIES,

By: *s/Rebecca J. Hanson*
    Rebecca J. Hanson

Rebecca J. Hanson (6280296)
KOPKA, PINKUS, DOLIN & EADS, LLC
200 North LaSalle Street, Suite 2850
Chicago, IL 60601
(312) 782-9920

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney on oath, states that she served this notice by electronically filing same using the CM/ECF system, which will send notification of such filing to all counsel on the attached service list on June 16, 2011.

*s/Leticia Corona*

Attorney for Marriott International, Inc.
Robert M. Burke
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Phone: (312) 372-0770
E-mail: burker@jbltd.com

Attorney for Marriott International, Inc.
Timothy R. Couture
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Phone: (312) 984-6651
E-mail: couturet@jbltd.com

Attorney for Marriott International, Inc.
Paul Gamboa
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Phone: (312) 982-3426
E-mail: gamboap@jbltd.com

<u>Attorney for Marriott International, Inc.</u>
Michael J. Linneman
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Phone: (312) 849-2456
E-mail: linnemanm@jbltd.com

<u>Attorney for Plaintiffs, Carolyn Burton and Gerry Burton</u>
Sean M. Houlihan
POWERS, ROGERS & SMITH, PC
70 West Madison Street, Suite 5500
Chicago, Illinois 60602
Phone: (312) 236-9381
E-mail: houlihand@prslaw.com